Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−18749−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Colleen D. Ashton
   64 Quail Run Drive
   Jamesburg, NJ 08831

Social Security No.:
   xxx−xx−0778

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       4/8/21
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Southport Financial Advisors, LLC, Accountant

COMMISSION OR FEES
FEES $1,863.00

EXPENSES
$22.50

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 2, 2021
JAN:

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-18749-KCF

Colleen D. Ashton                                                                     Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                 User: admin                                               Page 1 of 2

Date Rcvd: Mar 02, 2021                                  Form ID: 137                                    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                 Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Colleen D. Ashton, 64 Quail Run Drive, Jamesburg, NJ 08831-1154 |
| r | + | Ruggeri Realty, LLC, Attn: Vivian Ruggeri, 1801 Boulevard, Seaside Park, NJ 08752-1210 |
| 518997712 | + | Otto Kostbar, 5 Stockton Avenue, Jamesburg, NJ 08831-1246 |
| 518902309 | + | Quail Run Condo Association, c/o EXIT Blue Water Realty, 943 Highway 34, Matawan, NJ 07747-3201 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | | Email/Text: vlc@southportfa.com | Mar 02 2021 20:33:00 | Southport Financial Advisors, LLC, 100 Ocean Avenue, Unit No.8, Bradley Beach, NJ 07720 |
| 518902304 | + | Email/Text: bk@avant.com | Mar 02 2021 20:35:00 | Avant, Attn: Bankruptcy Dept, Po Box 9183380, Chicago, IL 60691-3380 |
| 518902305 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:40:53 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518946602 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:40:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518902306 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 20:34:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518902307 | | Email/Text: camanagement@mtb.com | Mar 02 2021 20:34:00 | M & T Bank, Attn: Bankruptcy Dept, Po Box 844, Buffalo, NY 14240 |
| 518921921 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2021 21:39:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518902308 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2021 21:40:00 | Merrick Bank/CardWorks, Attn: Bankruptcy Dept, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518902310 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:49 | Syncb/HSN, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518987835 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518903167 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518902311 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-18749-KCF    Doc 38    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 137 | Total Noticed: 19 |

|  |  |  | Mar 02 2021 21:40:50 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
|---|---|---|---|---|
| 518962016 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:39:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Brian Thomas Crowley | on behalf of Accountant Southport Financial Advisors  LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| S. Daniel Hutchison | on behalf of Debtor Colleen D. Ashton sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7